FILED

OCT 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JODY WEBER STEWART, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 11-cr-442-GEB <br><br> ORDER SUBSTITUTING NOTICE TO APPEAR IN LIEU OF BENCH WARRANT |

For the reasons set forth in the petition of the United States, the bench warrant previously ordered in the above-captioned case is recalled in lieu of a notice to appear.

GREGORY G. HOLLOWS

Date: October 11, 2011     ~~KENDALL J. NEWMAN~~
UNITED STATES MAGISTRATE JUDGE

1