1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile: (510) 272-0711
4  pollockesq@aol.com

5
   Attorney for Defendant
6  JODY WEBER STEWART

7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—ooo—

12
13  UNITED STATES OF AMERICA,

14          Plaintiff,                     **Case No. 11-0442-GEB**

15  vs.                                    **REQUEST OF DEFENDANT
                                           STEWART TO PLACE CASE ON
16                                         CALENDAR FOR ENTRY OF PLEA
    JODY WEBER STEWART,                    OF GUILTY**

17          Defendants, et al.             _____

18  _____ /

19
20   Defendant Jody Weber Stewart, by and through his counsel of record Randy Sue

21  Pollock hereby requests that this Court place his case on calendar for Friday, March 30th

22  for entry of a plea of guilty.  Mr. Stewart has been in custody since March 5, 2012 and has

23  agreed to enter into the plea agreement proposed by the government and submitted to this

24  Court.

25  ///

26  ///

27  ///

28  ///

Assistant United States Attorney Richard Bender has no objection to the change of plea occurring on March 30th.

Date: March 28, 2012                    Respectfully submitted,

                                        /s/ RANDY SUE POLLOCK
                                        Counsel for Defendant
                                        Jody Weber Stewart

Defendant Stewart's case is calendared for a status hearing on March 30, 2012, commencing at 9:00 a.m.

Dated: March 29, 2012

GARLAND E. BURRELL, JR.
United States District Judge