RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711
pollockesq@aol.com

Attorney for Defendant
JODY WEBER STEWART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–oOo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JODY WEBER STEWART,<br><br>Defendants, et al. | Case No. 11-0442-GEB<br><br>**[PROPOSED] ORDER TO EXONERATE REAL PROPERTY POSTED FOR BAIL AND TO DISCHARGE LIENS AND RECONVEY PROPERTY TO SURETY** |

GOOD CAUSE SHOWN, based on the fact that defendant JODY WEBER STEWART has pled guilty and is in custody at the Sacramento County Main Jail, IT IS HEREBY ORDERED that the property bond is exonerated and the mortgage recorded on the following property owned by Justen Alan Hovey is discharged:

**9761 Viceroy Dr. E, Jacksonville, FL 32257-5422**

The Clerk of the Court is directed to reconvey to the surety property posed on behalf of Mr. Stewart.

SO ORDERED:

Dated: April 3, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge
: