RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: 510-763-9967
Facsimile:   510-272-0711
pollockesq@aol.com

Attorney for Defendant
JODY STEWART

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748
mstepanian@sbcglobal.net

Attorney for Defendant
KEITH ANDREW BAIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

−ooo−

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JODY STEWART and<br>KEITH ANDREW BAIA,<br><br>    Defendants, et al.<br>_____/ | **Case No.  11-00442-01-GEB**<br>**Case No.  11-00442-02-GEB**<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCINGS AND TO AMEND FILING DATES FOR OBJECTIONS TO PSR REPORTS**<br>_____ |

IT IS HEREBY STIPULATED AND AGREED by Randy Sue Pollock, counsel for Jody Stewart, Michael Stepanian, counsel for Keith Baia, and Assistant United States Attorney Richard Bender that sentencing for Mr. Stewart, which is

presently set for June 15, 2012, be continued to July 13, 2012.  Likewise, sentencing for Mr. Baia, which is presently set for June 22, 2012 also be continued to July 13, 2012.

Additionally, due to the absence of United States Probation Officer Storey from the district until June 25, 2012, the parties request the following changes to the schedule for disclosure of PSR and for the filing of objections to the PSR:

1. Defense written objections to the PSR shall be filed by June 15, 2012;

2. The PSR shall be filed with the Court and disclosed to counsel no later than June 22, 2012;

3. The defense Motion for Correction shall be filed with the Court by June 29, 2012;

4. Any reply or statement of No Opposition shall be filed by July 6, 2012.

These new dates have been agreed to by all the parties including U.S. Probation Officer Hugo Ortiz.

Date:   June 6, 2012                    /s/ RANDY SUE POLLOCK
                                        RANDY SUE POLLOCK
                                        Counsel for Defendant
                                        Jody Stewart

Date:   June 6, 2012                    /S/MICHAEL STEPANIAN
                                        MICHAEL STEPANIAN
                                        Counsel for Defendant
                                        Keith Baia

Date:   June 6, 2012                    /s/ RICHARD BENDER
                                        Assistant United States Attorney

**SO ORDERED:**

Dated:  June 7, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge