RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: 510-763-9967
Facsimile: 510-272-0711
pollockesq@aol.com

Attorney for Defendant
JODY WEBER STEWART

MICHAEL STEPANIAN
Attorney at Law, CA SBN 037712
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
mstepanian@sbcglobal.net

Attorney for Defendant
KEITH ANDREW BAIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00442-GEB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING DATE AND FILING DATE FOR SENTENCING MEMORANDA** |
| vs. | |
| KEITH ANDREW BAIA, et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by Randy Sue Pollock, counsel for Jody Stewart, Michael Stepanian, counsel for Keith Baia, and Assistant United States Attorney Richard Bender that sentencing for both defendants in the above-referenced case which is presently set for July 13, 2012, be continued to August 10, 2012.

The reason for this continuance is that Defense Counsel Ms. Pollock is unable to

complete her client's sentencing memorandum due to knee surgery, and further legal issues in connection with the presentence reports need to be resolved. Therefore, the defense requests that sentencing memoranda in this matter shall be due on August 3rd, 2012. The Government does not object to this request.

Respectfully Submitted,

Dated: July 6, 2012   /S/
_____
MICHAEL STEPANIAN
Attorney for Defendant
KEITH ANDREW BAIA

Dated: July 6, 2012   /S/
_____
RANDY SUE POLLOCK
Attorney for Defendant
JODY STEWART

Dated: July 6, 2012   /S/
_____
RICHARD J. BENDER
Assistant U.S. Attorney

**SO ORDERED:**

**Date: 7/9/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge